1  GOLDSMITH & HULL, A P.C. File # CDCS617
   William I. Goldsmith    SBN 82183
2  Michael L. Goldsmith  SBN 291700
   16933 Parthenia Street, Suite 110
3  Northridge, CA 91343
   Telephone:  (818) 990-6600
4  Facsimile:   (818) 990-6140
   **govdept1@goldsmithcalaw.com**
5
   Attorneys for Plaintiff
6

7
                  UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) CASE NO : 5:17-cv-1556
11                                   )
                  Plaintiff,         )
12                                   ) COMPLAINT ON
   v.                                ) PROMISSORY NOTE (S)
13                                   )
   SAFFIATOU K. HARRISON  AKA S.     )
14 H A R R I S O N S A F F I A T O U   K . )
   HARRISON  AKA S. HARRISON,        )
15                                   )
                  Defendant.         )
16 _____  )

17      For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF

18 EDUCATION alleges as follow:

19      1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20

20 U.S.C. Section 1080, and the Defendant resides in the County of   SAN

21 BERNARDINO.

22      2. In consideration of student loans guaranteed by Plaintiff, Defendant executed

23 promissory note(s), copies of which are attached hereto as Exhibit(s) "1" on the date(s)

24 set forth on said note(s).

25      3. Said note(s) and all rights to the obligations undertaken therein were

26 thereafter assigned to Plaintiff.

27      4. Defendant has defaulted in the payment of the obligations due under the said

28 note(s) according the their terms.