CDCS 6/17

EXHIBIT "1"

# STUDENT LOAN APPLICATION AND PROMISSORY NOTE
## CALIFORNIA GUARANTEED STUDENT LOAN
California Student Aid Commission, Guarantor

DEC 1 1986

**PROMISE TO REPAY**

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

## PART A - COMPLETED BY STUDENT

1. Social Security Number: [redacted] 21261 4
2. Applicant's Last Name: HARRISON
   First Name: SAFIETOU M.K.
3. Date of Birth: [redacted] 60
4. [redacted]
5. City: LOS ANGELES, CA
6. U.S. Citizenship: 2. Permanent Resident — checked; Alien Registration Number: 1573
8. State of Permanent Residence: CA, Since 11-85
9. Driver's License: CA, Number 9895

11. REFERENCE REQUIREMENT:
- A. Parent or Guardian: MODOU K. FAAL — [redacted], CA — [redacted]-7271
- B. Other Person: MUHAMMADOU ANJIE — LOS ANGELES, CA
- C. Other Adult: ISATOU B.K. FAAL — LOS ANGELES, CA — [redacted]-7686

12. Prior Student Loan History: N/A

14. Requested Loan Amount: $2,500
15. Enrollment Period Covered by This Loan: From 9-86 To 6-87
17. Name and City/State of Lender: CITIBANK STUDENT LOAN CENTER, P.O. BOX 22937, NEW YORK 14450

### PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

18A. Two thousand five hundred dollars  18B. $2,500.00

Signature of Student-Borrower: X [signature]  Date: 10-27-86

## PART B - COMPLETED BY FINANCIAL AID OFFICER

21. School Code: 001227
22. Name and Address of School: L.A. TRADE TECHNICAL COLLEGE, 400 W. WASHINGTON BLVD., LOS ANGELES, CA 90015  Phone: 213/744-0500
24. Anticipated Completion Date: 6/87
25. Grade Level: Undergrad, Vocational — 1 checked
26. Dependency: Independent
27. Enrollment period covered by Loan: From 01-04-86 To 06-12-87
28. Family Adjusted Gross Income: $2735
29. Estimated Cost of Attendance: $3,264
30. Estimated Financial Aid: $1390
31. Expected Family Contribution: $555
32. Net Cost: $321

33. Recommended Disbursement Date(s): DEC ASAP  2/87

Signature: X Celestia Williams  11-24-86
Celestia Williams — Financial Aid Supervisor

## PART C - COMPLETED BY LENDER

1986

LENDER COPY

TERMS OF THE PROMISSORY NOTE

B. CHARGES AND COSTS

B.1 INTEREST

[illegible]

All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this assignment.

B.2 ORIGINATION FEE

[illegible]

Pamela A. Newman, EDFUND Asst Vice Pres. Defaulted Assets Mgmt. Branch

B.3 INSURANCE FEE

[illegible]

California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

JAN 24 '03

[illegible]

B.4 LATE CHARGES

[illegible]

Pamela A. Newman

Signature

B.5 OTHER COSTS

[illegible]

C TERMS OF REPAYMENT

[illegible]

AUG 10 1987

Assistant Manager

Citibank (New York State)

Pay to the order of

All right, title and interest of the undersigned to the California Student Aid Commission, without recourse, except that the undersigned [illegible] certifies [illegible]

Signature of Officer

Title of Officer

Name of Lender

1. [illegible]

2. [illegible]

3. [illegible]

D ACCELERATION AND DEFAULT

[illegible]

RECEIVED

OCT 27 1986

FINANCE

[illegible]

E CREDIT BUREAU NOTIFICATION

[illegible]

F. BANKRUPTCY

[illegible]

G PREPAYMENT

[illegible]

H. CONSOLIDATION/REFINANCING

[illegible]

I. REPAYMENT BY DEPARTMENT OF DEFENSE

[illegible]

J. REPAYMENT BY THE STATE OF CALIFORNIA

[illegible]

K. YEARLY AND CUMULATIVE MAXIMUM LOAN AMOUNTS

[illegible]

NOTE: [illegible]

L. DEFERMENT OF REPAYMENT

[illegible]

M. NOTIFICATIONS OF PAYMENT TO [illegible]

[illegible]

[illegible] CERTIFICATION STATEMENT

[illegible]

STUDENT LOAN CENTER

DEC 03 1986

VIDEO ENTERED

SCHOOL CERTIFICATION STATEMENT

[illegible]