GOLDSMITH & HULL, A P.C. File No. CDCS617
William I. Goldsmith   SBN 82183
Michael L. Goldsmith  SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:   (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SAFFIATOU K. HARRISON  AKA S. HARRISONSAFFIATOU K. HARRISON  AKA S. HARRISON<br><br>                    Defendant(s). | CASE NUMBER : 5:17-cv-1556<br><br>_____<br><br>CERTIFICATION RE INTERESTED PARTIES |

TO THE COURT:

The undersigned counsel for plaintiff  UNITED STATES OF AMERICA certifies that each party listed below has a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:   UNITED STATES OF AMERICA, plaintiff; and SAFFIATOU K. HARRISON  AKA S. HARRISONSAFFIATOU K. HARRISON AKA S. HARRISON, defendant(s).

DATED:   August 3,2017           GOLDSMITH & HULL, A P.C.


                              _____/S/_____
                              Michael L. Goldsmith
                              Attorneys for Plaintiff