Name: SAFFIATOU K. HARRISON
Address: 2724 S. MONTEREY PL
ONTARIO, CA 91761
Phone: (909) 509-6623
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff

v.

Saffiatou K. Harrison

Defendant(s).

CASE NUMBER:

5:17-CV-1556 JGB (KKx)

(Enter document title in the space provided above)

Defendant, Saffiatou K. Harrison, respectfully requests an extension on the hearing date of October 23, 2017.

Defendant requests a new hearing date of November 20, 2017.

Defendant requests this extension because her mother, who resides in Gambia, West Africa has become gravely ill. Her mother is 90+ years in age and therefore this decline

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. in health is alarming and concerning.
2. Defendant will be flying out
3. immediately to see to her mother's
4. ailment and assist in necessary
5. medicinal supervision.
6.
7. Due to the distance of travel and
8. severity of the health concerns,
9. Defendant requests a hearing
10. date after the scheduled October
11. 23rd hearing.

17. October 10, 2017
18. SAFFIATOU HARRISON
19. S. K.

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT