JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/20/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAFFIATOU K. HARRISON AKA S. HARRISONSAFFIATOU K. HARRISON AKA S. HARRISON<br><br>Defendant. | No. 2:17-cv-01556-WDK-KK<br><br>**ORDER DISMISSING CASE AND COURT RESERVING JURISDICTION** |

　　IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation for Entry of Judgment Upon Default executed by the parties.

DATED: September 20, 2018

　　　　　　　　　　　　　　　　　　／s／ William D. Keller
　　　　　　　　　　　　　　　　　　HON. WILLIAM D. KELLER
　　　　　　　　　　　　　　　　　　United States District Judge